IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Cayce Moore and Jimmy Click
_____,

Plaintiff,

v.                                    CASE NO. 2:23-CV-00134

Leigh Gwathney, et al.
_____,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ____Cayce Moore____, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party
_____                _____
_____                _____
_____                _____

_____                _____
Date                                  (Signature)
                                      Henry F. (Hank) Sherrod III
                                      (Counsel's Name)
                                      Cayce Moore & Jimmy Click
                                      Counsel for (print names of all parties)
                                      119 S. Court St.
                                      Florence, AL 35630
                                      Address, City, State Zip Code
                                      256-764-4141
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____Henry F. (Hank) Sherrod III_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __10th__ day of __March__ 20__23__ to:

Leigh Gwathney

Dwayne Spurlock

Darryl Littleton

Cam Ward

3/10/2023
Date

[Signature]
Signature