IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAYCE MOORE and JIMMY         )
CLICK,                        )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:23cv134-MHT
                              )           (WO)
LEIGH GWATHNEY, Board         )
Chair, Alabama Board of       )
Pardons and Paroles, in       )
her Official Capacity,        )
et al.,                       )
                              )
    Defendants.               )
```

## ORDER

This case is before the court on the plaintiffs' motion for leave to amend the complaint (Doc. 39) and the responsive briefing. As the court has not yet resolved the motion to dismiss, and the plaintiffs have not previously sought to amend their complaint, the court finds that leave to amend should be granted pursuant to Federal Rule of Civil Procedure 15(a)(2). The court further finds that the issues undergirding the defendants' futility argument would be better

addressed in the context of a renewed motion to dismiss, and that if the amendments make as little difference as the defendants suggest, it should not take long to revise the prior filings.

Accordingly, it is ORDERED that:

(1) Plaintiffs' motion for leave to amend the complaint (Doc. 39) is granted.

(2) Plaintiffs shall separately file the amended complaint (Doc. 39-1) on the docket within two business days of this order.

(3) Defendants' motion to dismiss (Doc. 24) is denied with leave to renew.

DONE, this the 31st day of March, 2025.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE