IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAYCE MOORE and JIMMY CLICK, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>LEIGH GWATHNEY, Board )<br>Chair, Alabama Board of )<br>Pardons and Paroles, in )<br>her Official Capacity, )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:23cv134-MHT<br>(WO) |

DISMISSAL ORDER

Upon consideration of plaintiffs' motion to dismiss this case voluntarily (Doc. 53), which defense counsel has orally informed the court is unopposed, it is ORDERED that:

(1) The motion to dismiss is granted, and this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

(2) All pending motions are denied as moot.

**This case is closed.**

**DONE, this the 28th day of October, 2025.**

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**